UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-CR-10459-RWZ

UNITED STATES

v.

ORLANDO SANTIAGO TORRES

ORDER

June 17, 2020

ZOBEL, S.D.J.

Santiago Torres appeals an order of pretrial detention, which the Magistrate Judge imposed on February 11, 2020, and subsequently upheld upon defendant's motion to reconsider.  The District Court's review is de novo.  See United States v. Tortora, 922 F.2d 880, 883 n.4 (1st Cir.1990).  When the government seeks pretrial detention on the grounds that no condition or combination of conditions will reasonably assure the safety of the community, it must prove the underlying facts by clear and convincing evidence.  See 18 U.S.C. § 3142(f).

The evidence presented at the detention hearing firmly establishes that the defendant does pose a danger to the community.  The government offered separate recordings of the defendant 1) boasting about shooting at police in Puerto Rico, 2) assaulting a rival gang member, 3) assaulting a different rival gang member; and 4) rapping with specificity about various shootings, assaults, and drug activity by the Latin Kings.  The defendant was apparently also involved in two shootings.  After the

defendant's arrest, police found in his apartment assault rifle magazines and firearms. Finally, he has a prior state court conviction for witness intimidation.

This case presents an additional difficulty because defendant has serious kidney disease that requires multiple, regular dialysis treatments every week. Few prisons and jails have the means to provide and maintain such regimen.

A jail in New Jersey did accommodate his medical needs, but the resultant distance between defendant and his counsel raised serious Sixth Amendment concerns. However, since the hearing on defendant's motion he has been moved to a facility close enough to this court to moot those constitutional concerns.

The motion to revoke the defendant's pretrial detention (Docket # 743) is DENIED.

    June 17, 2020                                 /s/ Rya W. Zobel
          DATE                                      RYA W. ZOBEL
                                                    UNITED STATES DISTRICT JUDGE